## CLOUD vs. THE STATE OF GEORGIA.

In a criminal trial, the state must show the county in which the crime was committed, and that it is the same county in which the indictment was found and the trial had, unless a change of venue is had according to law. If the venue of the crime is not shown, a new trial will be granted, on the ground that the verdict is contrary to law and evidence.
Judgment reversed.
April 25, 1884.

BLANDFORD, Justice.

[Cloud was indicted for assault with intent to murder, and was ound guilty. He moved for a new trial, on the ground of errors in the charge, and because the verdict was contrary to law and evidence, and against the weight of the evidence. The motion was overruled, and defendant excepted.]